UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.                                                      Case No. 22-mj-88-slc

EARL GALTNEY, JR.,

        *Defendant.*

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Earl Galtney, Jr., the defendant in the above-captioned matter, is represented by:

        Kelly A. Welsh
        Law Office of Kelly A. Welsh, LLC
        3902 Milwaukee Street #8730
        Madison, Wisconsin 53708
        Telephone:   [608] 630-8008

Dated at Madison, Wisconsin, this 6th day of July, 2022.

                              Respectfully submitted,

                              Earl Galtney, Jr., Defendant

                              */s/ Kelly A. Welsh*
                              Kelly A. Welsh

LAW OFFICE OF KELLY A. WELSH
3902 Milwaukee Street #8730
Madison, Wisconsin 53708

Telephone: 608-630-8008
lawofficekellywelsh@gmail.com